**Order entered March 13, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00825-CV

### CARL BENSON, Appellant

### V.

### JPMORGAN CHASE, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-11135-F**

## ORDER

The Court has before it appellant's March 8, 2013 third motion for extension of time to file his amended brief. The Court **DENIES** the motion. If appellant does not file his amended brief within fifteen days of the date of this order, this case may be dismissed without further notice.

/s/    ELIZABETH LANG-MIERS
       JUSTICE